UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KYLE SPRING (555065)

VERSUS

SECRETARY, LOUISIANA
DEPARTMENT OF CORRECTIONS, ET AL

CIVIL ACTION

NO. 11-308-BAJ-CN

## RULING AND ORDER OF DISMISSAL

The Court, having carefully considered the petition for writ of habeas corpus, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 8, 2012 (doc. 11), and plaintiff's objection thereto (doc. 12), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the petition for writ of habeas corpus filed by petitioner, Kyle Spring, is hereby dismissed with prejudice.

Baton Rouge, Louisiana, March 28, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA